IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MUKESHBHAI LALLUBHAI PATEL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,<br><br>　　　　Respondents. | CIVIL ACTION NO.: 5:26-cv-97 |

**O R D E R**

Petitioner, through counsel, has filed an Emergency Motion for a Temporary Restraining Order and Order to Show Cause. Doc. 1. In the Motion, counsel asks for a restraining order barring Respondents from removing Petitioner from the United States and that the order remain in place until Petitioner's I-485 application for adjustment of status has been adjudicated. The Court sets this matter for a hearing on Monday, February 2, 2026, at 11:00 AM at the Federal Courthouse in Waycross, Georgia. The Court advises the parties they should be prepared to discuss Petitioner's mandamus action, Case Number 5:25-cv-178, as it potentially relates to the instant cause of action. The Court **DIRECTS** the Clerk of Court to provide a courtesy copy of this Order and this Motion to the United States Attorney's Office at:

Bradford.Patrick@usdoj.gov; Woelke.Leithart@usdoj.gov; and Keveya.Sturkey@usdoj.gov.

**SO ORDERED**, this 28th day of January, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA